**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 20, 2020

**BY ECF**

Hon. John F. Keenan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

MEMO ENDORSED

Re:   *United States v. Charles Kerrigan*,
       **20 Civ. 1493 (JFK)**
       **16 Cr. 576 (JFK)**

Dear Judge Keenan:

On or about March 11, 2020 the Court directed the Government to respond within 60 days to defendant Charles Kerrigan's motion to vacate, set aside, or correct his sentence pursuant to Title 28, United States Code, Section 2255 (the "Motion"). On or about May 5, 2020, the Government requested, and the Court granted, an additional two weeks to file its response. Today, the Government received a copy of a declaration of Charles Kerrigan, which the memorandum in support of the Motion relies upon, but which was inadvertently not filed along with the Motion. The Government therefore requests an additional two weeks to file its response. I have consulted with Bernard Kleinman, Esq., who does not object to this request.

Very truly yours,

MEMO ENDORSED

GEOFFREY S. BERMAN
United States Attorney

by: _____
Benet J. Kearney
Assistant United States Attorney
(212) 637-2260

Defendant having no objection, the Government's request is GRANTED.
The Government's response is due by June 8, 2020.

SO ORDERED.

Dated:   New York, New York
         May 21, 2020

_____
John F. Keenan
United States District Judge